STATE of Missouri, Respondent,

v.

Gladys CARTER, Defendant/Appellant.

No. ED 76321.

Missouri Court of Appeals,
Eastern District,
Division Five.

May 16, 2000.

Lisa M. Stroup, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay)Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before: MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr.J.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding her guilty of one count of possession of a controlled substance in violation of Section 195.202 RSMo 1994 on which she was sentenced as a prior drug offender to six years' imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).